IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANAS
CENTRAL DIVISION

MARY HENSLEY                                                PLAINTIFF

v.                       No. 4:21-cv-528-DPM

LOVE BEAL & NIXON PC                                        DEFENDANT

## JUDGMENT

Hensley's complaint is dismissed with prejudice. The Court retains jurisdiction until 30 April 2022 to enforce the parties' settlement.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 February 2022